# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:25-CR-16 HEA |
| ) | |
| DEANDRE LAMONT SMITH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Noelle C. Collins addressing Defendant's Motion to Suppress Statements. (ECF No. 35). In her November 3, 2025 Report and Recommendation, Judge Collins recommends that Defendant's Motion be denied as moot without prejudice because the Government has agreed not to use, in its case-in-chief, any statements made by Defendant before receiving the Miranda admonition.

No objections were filed to the Report and Recommendation, and the time to do so has expired.  After *de novo* review of the record, the Court adopts the Report and Recommendation in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Memorandum, Report and Recommendation of United States Magistrate Judge Noelle C. Collins is **SUSTAINED, ADOPTED, and INCORPORATED** herein. (ECF No. 43)

**IT IS FURTHER ORDERED** that Defendant Deandre Lamont Smith's Motion to Suppress Statements is **DENIED as moot without prejudice**. [ECF No. 35]

Dated this 22nd day of January, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE